THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* VINCENT PATERNOSTER, Appellant.

Argued October 10, 1955; decided November 23, 1955.

*Sidney G. Sparrow* and *Joseph Winston* for appellant.

*T. Vincent Quinn, District Attorney* (*George J. Regan* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.  Taking no part: DYE, J.